UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

KATHLEEN SYPERT, on behalf of herself and all others similarly situated,

                         Plaintiffs,

    -against-

PELHAM COUNTRY CLUB,

                         Defendants.

------------------------------------- x

ORDER

18 Civ. 6496 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       September 27, 2018

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge